In the Matter of the Application in the Estate of GIUSEPPE L. MAGGIO, Deceased, to Revoke Letters of Administration Issued to MARIA VANACORE under the Name of MARIA VANACORE MAGGIO, and to Grant Letters of Administration to ROSARIO MAGGIO upon the Estate of Said Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

In the Matter of the Application of MARGARET M. BYRNES for a Determination of Her Right under Section 18 of the Decedent Estate Law█ to Elect to Take an Intestate Share against the Provisions of the Last Will and Testament of HARWOOD BYRNES, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WALTER G. HALL v. JULES S. BACHE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDWARD F. GLYNN, Respondent, v. THE CITY TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

AMPERITE CORPORATION, a Domestic Corporation, and HERMAN HESSBERG, as Sheriff of the County of Kings, Respondents, v. G. J. SEEDMAN CO., INC., a Domestic Corporation, Appellant.— Upon the record here presented the defendant has shown triable issues entitling it to defend. Under the inherent power of the court, however, a preference will be granted for June 6, 1932. Judgment and order reversed, with costs and motion denied, with ten dollars costs, and a preference granted for June 6, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JACOB WENER, Appellant, v. DAVID HIRSCH, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GIOVANNI LONGIARU, Appellant, v. THE DOMESTIC ELECTRIC CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

KESBEC SALES COMPANY, Appellant, v. RODGERS & HAGERTY, INC., Respondent. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; O'Malley, J., dissents and votes to reverse and grant a new trial.

JOSEPHINE E. SHEVLIN, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Determination affirmed and judgment absolute directed in favor of defendant in accordance with stipulation, with costs to defendant in all courts. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.